# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CARLEEN S. DAHLSTEDT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTHWEST TRUSTEE SERVICES, INC., et al.,<br><br>　　　　Defendants. | Case No. 08-1220-RSM-JPD<br><br>ORDER OF DISMISSAL |

The Court, having reviewed plaintiff's complaint, together with all materials in support of and in opposition to the complaint, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the objections thereto and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B). As a result, her IFP application is DENIED as moot.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 20 day of October, 2008.

　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE